IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND KNAPP,

          Plaintiff,

    v.

SAGE PAYMENT SOLUTIONS, INC.,

          Defendant.

Case No. 17-cv-03591-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT**

On August 7, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his complaint, filed June 22, 2017.

**IT IS SO ORDERED.**

Dated: August 16, 2017

_____
MAXINE M. CHESNEY
United States District Judge