Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KNAPP, RAYMOND, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>    **vs.**<br><br>**SAGE PAYMENT SOLUTIONS, INC., MERCHANT SERVICE, INC., AND; DOES 1 through 10, inclusive,** | Case No. **8:17-cv-02101-AG-DFM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AGAINST DEFENDANT MERCHANT SERVICE, INC ONLY** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter against defendant MERCHANT SERVICE INC ONLY, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 23rd Day of March, 2018,

                                       By: s/Todd M. Friedman, Esq.
                                       TODD M. FRIEDMAN
                                       Attorney for Plaintiff

Filed electronically on this 23rd Day of March, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable MAXINE M. CHESNEY
United States District Court
NORTHERN District of California

And all Counsel of Record on ECF.

This 23rd Day of March, 2018.

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN