UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KNAPP,<br><br>  Plaintiff.<br><br>  v.<br><br>SAGE PAYMENT SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 17-cv-03591-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 50 |

**(  )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant Sage Payment Solutions, Inc.'s motion to dismiss is hereby GRANTED, and the SAC, as alleged against Sage, is hereby DISMISSED.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 3/26/2018

Susan Y. Soong, Clerk

*Tracy Geiger*
Tracy Geiger
Deputy Clerk